1  Floyd W. Bybee, #012651
   **LAW OFFICE OF**
2  **FLOYD W. BYBEE, PLLC**
   4445 E. Holmes Avenue
3  Suite 107
   Mesa, Arizona 85206-5530
4  Office:  (480) 756-8822
   Fax: (480) 302-4186
5  floyd@bybeelaw.com

6  Attorney for Plaintiff

7

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF ARIZONA**

10 _____
                                  )
11 **Bruce Kok**, an individual;    ) No. CV 08-0915-PHX-NVW
                                  )
12                                )
                                  )
13      Plaintiff,                )
                                  )
14 v.                             ) **STIPULATION OF DISMISSAL OF**
                                  )     **EQUIFAX INFORMATION**
15 **Palisades Collection, L.L.C.;**)    **SOLUTIONS, LLC ONLY**
   **Experian Information**          )       **WITH PREJUDICE**
16 **Solutions, Inc.;**              )
   **Trans Union, LLC,**             )
17 **Equifax Information Services,**)
   **LLC;**                          )
18                                )
                                  )
19      Defendants.               )
                                  )
20 _____)

21     Plaintiffs and Defendant Equifax Information Services,

22 LLC hereby stipulate to a dismissal of this action as to

23 Equifax Information Services, LLC only, with prejudice,

24 each party to bear its own attorney's fees and costs.

25 / / /

DATED  July 31, 2008 .


| s/ Floyd W. Bybee | s/ Stephanie Sandell |
|---|---|
| Floyd W. Bybee, #012651 | Stephanie Sandell |
| **LAW OFFICE OF** | **SNELL & WILMER LLP** |
| **FLOYD W. BYBEE, PLLC** | One Arizona Center |
| 4445 E. Holmes Avenue | 400 E. Van Buren |
| Suite 107 | Phoenix, AZ 85004-2202 |
| Mesa, Arizona 85206-5530 | (602) 382-6000 |
| Office: (480) 756-8822 | |
| Fax: (480) 302-4186 | Attorneys for Defendant |
| floyd@bybeelaw.com | Equifax |

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned certifies that on  July 31, 2008, a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Angela M Taylor**
    Attorney for Defendant Experian

**Timothy J. Eckstein**
    Attorney for Defendant Experian

**Timothy R. Grimm**
    Attorney for Defendant Trans Union

**Steven G. Mesaros**
    Attorney for Defendant Trans Union

**Stephanie Sandell**
    Attorney for Defendant Equifax

**Rodrick J. Coffey**
    Attorney for Defendant Palisades

by  s/ Floyd W. Bybee