1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF ARIZONA**

8  _____ )
                                   )
9  **Bruce Kok,** an individual;    )      No. CV 08-0915-PHX-NVW
                                   )
10        Plaintiff,               )
                                   )
11 v.                             )
                                   )
12 **Palisades Collection, L.L.C.;**)
   **Experian Information**         )              **ORDER**
13 **Solutions, Inc.; Trans Union,**)
   **LLC, Equifax Information**     )
14 **Services, LLC;**               )
                                   )
15        Defendants.              )
                                   )
16 _____ )

17        Pursuant to stipulation and good cause appearing,

18        **IT IS HEREBY ORDERED** dismissing this action as to

19 Defendant Equifax Information Services, LLC only, with

20 prejudice, each party to bear its own attorney's fees and

21 costs.

22        DATED this 31st day of July, 2008.

23

24                                  _____
                                          Neil V. Wake
25                                    United States District Judge