1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                               **DISTRICT OF ARIZONA**

8    _____
                                    )
9    **Bruce Kok,** an individual;      )        No. CV 08-0915-PHX-NVW
                                    )
10        Plaintiff,                  )
                                    )
11   v.                              )
                                    )
12   **Palisades Collection, L.L.C.;** )
     **Experian Information**            )                **ORDER**
13   **Solutions, Inc.; Trans Union,** )
     **LLC, Equifax Information**        )
14   **Services, LLC;**                 )
                                    )
15        Defendants.                 )
                                    )
16   _____)

17        Pursuant to stipulation and good cause appearing,

18        **IT IS HEREBY ORDERED** dismissing this action as to

19   Defendant Experian Information Solutions, Inc. only, with

20   prejudice, each party to bear its own attorney's fees and

21   costs.

22        DATED this 12th day of August, 2008.

23

24        _____

25                          Neil V. Wake
                       United States District Judge