**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| **Bruce Kok,** an individual; <br><br> Plaintiff, <br><br> v. <br><br> **Palisades Collection, L.L.C.; Experian Information Solutions, Inc.; Trans Union, LLC, Equifax Information Services, LLC;** <br><br> Defendants. | No. CV 08-0915-PHX-NVW <br><br><br><br><br> **ORDER** |

Plaintiff and Defendant Palisades Collection, LLC having stipulated to dismissal of this action with prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice, each party to bear its own attorney's fees and costs.

DATED this 17th day of October, 2008.

_____
Neil V. Wake
United States District Judge